UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN J. BINGEN,

                Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL-CIO, ET AL.,

                Defendants.

Case No. CIV-S-03-2424 MCE GGH

**ORDER REGARDING AUTOMATIC STAY OF PROCEEDINGS PURSUANT TO 11 U.S.C. § 362 AND RELIEF FROM DEADLINES SET FORTH IN PRETRIAL (STATUS) SCHEDULING ORDER**

Upon the stipulation and notice provided by the parties, and having fully considered the matter, the Court hereby finds and orders as follows.

On September 22, 2004, defendant Interstate Brands Corporation filed a voluntary petition for bankruptcy under Title 11 of the United States Code. Pursuant to 11 U.S.C. § 362, an automatic stay of proceedings went into effect, and has remained in effect since, September 22, 2004. The automatic bankruptcy stay has prevented the parties from developing in this Court a full factual basis for this case to be tried, and further prevents them from taking action in preparation for trial at this time.

Proceedings in this case shall remain stayed, pending further notice from this Court or from the bankruptcy court that would allow this case to move forward (such as the lifting of the automatic stay).

Dated: August 22, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE